AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RONALD DUANE SMITH

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:   3:02-cr-122-J-20TEM
USM NUMBER:    29881-018

Defendant's Attorney:   Lisa Call, Esq. (pda)

## THE DEFENDANT:

_X_  admitted guilt to violation of charge numbers _Two and Three_ of the term of supervision.

_X_  was found in violation of charge number _One_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to participate in mental health counseling specializing in sexual offender treatment. | December 2007 |
| Two | Having direct contact with a minor. | July 2007 |
| Three | Failure to comply with the Home Detention Program. | July 2007 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:  March 25, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE:  March 25, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| Defendant: | RONALD DUANE SMITH | Judgment - Page 2 of 2 |
| Case No.: | 2:02-cr-122-J-20TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

____ at _____ a.m.   p.m.   on _____.

____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on _____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL